515 A.2d 476

**STATE of Maryland**

v.

**Martin Stewart SEABOLT.**

**No. 105, Sept. Term, 1986.**

Court of Appeals of Maryland.

Oct. 7, 1986.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, COUCH, McAULIFFE and ADKINS, JJ.

ORDER

PER CURIAM.

The Court having considered and granted the petition for writ of certiorari in the above entitled case it is this 7TH day of October, 1986

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated, and the case remanded to that Court for further proceedings in light of *State v. Jenkins*, 307 Md. 501, 515 A.2d 465 (No. 129, September Term, 1985, filed October 7, 1986). Costs to be paid by Montgomery County.